1468

**2017–0678. State v. D.F.**
Montgomery App. No. 27032, 2017-Ohio-2882. On appellant's application for dismissal. Application granted. Cause dismissed.

*July 7, 2017*

 2017-Ohio-5763.]

**2017–0913. Electronic Classroom of Tomorrow v. Dept. of Edn.**
Franklin App. No. 16AP–863, 2017-Ohio-5607. Appellee shall file a response, if any, to appellants' emergency motions for injunction no later than 8:30 a.m. on Monday, July 10, 2017.